**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1074**

DAVID A. STEBBINS,

                Plaintiff - Appellant,

        v.

EDUCAP, INC.,

                Defendant – Appellee,

        and

MORGAN DOUGHTY; NICHOLAS HOOD; RICHARD HOOD; HOOD & STACY,
P.A.,

                Defendants.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Claude M. Hilton, Senior
District Judge.   (1:14-cv-00961-CMH-TCB)

Submitted:  April 23, 2015          Decided:  April 28, 2015

Before SHEDD, DUNCAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David A. Stebbins, Appellant Pro Se.  Diana Margeaux Thomas,
WILLIAMS MULLEN, McLean, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David A. Stebbins appeals the district court's order granting EduCap, Inc.'s summary judgment motion on his claims under the Americans with Disabilities Act, 42 U.S.C. § 12203 (2012), and for malicious prosecution under Arkansas law. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. Stebbins v. EduCap, Inc., No. 1:14-cv-00961-CMH-TCB (E.D. Va. Dec. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED